# United States District Court

**NORTHERN**     DISTRICT OF     **CALIFORNIA**

UNITED STATES OF AMERICA

**FILED**
SEP 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

v.

**CRIMINAL COMPLAINT**

MAHER WALID KHATIB

CASE NUMBER: 3-07-70549 EDL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 17, 2007, in the City and County of San Francisco, defendant did,

See Attachment

in violation of Title __18__ United States Code, Section(s) __2113 (a) - Unarmed Bank Robbery__

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following facts:

See affidavit of SA Brian J. Guy, attached hereto and fully incorporated herein.

Approved as to form: _Allison__
AUSA

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Brian J. Guy_
Signature of Complainant
Brian J. Guy, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__September 17, 2007__     at __San Francisco, California__
Date     City and State

Elizabeth D. Laporte, U.S. Magistrate Judge     _Elizabeth D. Laporte_
Name & Title of Judicial Officer     Signature of Judicial Officer

## ATTACHMENT TO CRIMINAL COMPLAINT

COUNT ONE:

On or about September 17, 2007, in the City and County of San Francisco, in the State and Northern District of California, MAHER WALID KHATIB, did knowingly and by force, violence, or intimidation, take from an employee of Citibank, 590 Market Street, San Francisco, California, approximately $3,076 in U.S. Currency in the care, custody, control, management and possession of Citibank, the deposits of which were and are insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

PENALTIES: 20 years in prison, $250,000 fine, 3 years supervised release, $100 Special Assessment.

STATE AND NORTHERN DISTRICT OF CALIFORNIA)
                                          ) ss. <u>AFFIDAVIT</u>
<u>CITY AND COUNTY OF SAN FRANCISCO</u>       )    Of Brian J. Guy

I, Brian J. Guy, being duly sworn, depose and state:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been employed in that capacity for approximately seventeen (17) years. My primary investigative assignment is the investigation of violent crimes, which includes bank robbery investigations.

2. This affidavit is submitted in support of a criminal complaint against Maher Walid Khatib, date of birth, March 26, 1967, on grounds that he committed a violation of Title 18, United States Code, Section 2113 (a) - Unarmed bank robbery. The elements of this offense are as follows: (1) the defendant used force, violence, or intimidation; (2) in taking money belonging to a financial institution; and (3) the deposits of that financial institution were then insured by the Federal Deposit Insurance Corporation (FDIC).

3. In connection with my official duties, I have obtained the following information either through my investigation, other FBI Agents, or San Francisco Police Department (SFPD) Officers.

4. In connection with my official duties, I have participated in the investigation involving the robbery of Citibank, 590 Market Street, San Francisco, California on July 20, 2007; and the robbery of Citibank, 590 Market Street, San Francisco, California on September 17, 2007.

5. On July 20, 2007, at approximately 3:12 p.m., a lone, white male adult, hereinafter referred to as the robber, entered the Citibank, located at 590 Market Street, San Francisco, California and stood in the teller line. The robber then approached a teller and held up a bank robbery demand note for her to read. The note said, "This is a robbery 100's $50's $20's." The teller reached out and grabbed the note, read the note, and placed it behind the counter. The teller then went to her top cash drawer and removed the money and handed it to the robber. The robber took the money and walked out of the bank.

6. The teller provided the following description of the robber:

| | |
|---|---|
| Race: | Likely Middle Eastern |
| Sex: | Male |
| Height: | 5'4" |
| Weight: | 150-170 lbs. |
| Hair: | Black, short, thick and wavy |
| Eyes: | Dark |
| Age: | Mid 20's early 30's |

|||
|---|---|
| Complexion: | Medium to dark; looked as if he had not bathed in 3 days |
| Clothing: | Dark Jacket, orange polo type shirt, open collar |

7. An audit conducted immediately after the robbery determined that the bank suffered a loss of $5,544, which included $250 in pre-recorded bait bills. The deposits of Citibank, 590 Market Street, San Francisco, California are insured by the Federal Deposit Insurance Corporation (FDIC). The demand note left by the robber was taken as evidence by the SFPD.

8. During the course of the robbery, digital bank surveillance cameras captured the robber. The teller reviewed the images from the surveillance cameras and identified the man standing at the counter with an orange shirt and dark jacket as the man who robbed her.

9. On September 17, 2007, at approximately 9:05 a.m., a lone male adult, hereinafter referred to as the robber, entered Citibank, located at 590 Market Street, San Francisco, California. The robber went to the customer service counter against the wall and began writing something. The robber then approached a teller and laid down a withdraw slip on the counter. The robber flipped the withdraw slip over. The teller leaned over to read the note which said, "Robbery, Big Bills only." The teller, fearing that if he did not comply with the robber's demand, the robber might do something or have a gun, went to his top cash drawer and began removing money. As the teller did this, he activated his alarm. The teller grabbed two stacks of $50 bills along with some other denominations and handed it to the robber. The robber took the money and turned to walk out of the bank. As the robber was leaving, the teller slid a stack of papers on to the floor to signal his co-workers that he had been robbed. The robber turned after hearing the paper hit the floor but kept walking out of the bank. Another employee followed the robber out of the bank.

10. The teller provided the following description of the robber:

|||
|---|---|
| Race: | Latino or Arab |
| Sex: | Male |
| Height: | 5'9" -5'10" |
| Weight: | 150-160 lbs. |
| Hair: | Black, slicked back |
| Eyes: | Dark |
| Age: | 34-36 |
| Clothing: | Gray baggy hooded sweatshirt, |

11. A bank employee standing in the lobby of the bank saw the pamphlets fly on to the floor and turned to see what was happening. The employee saw the robber turn to see what happened, and she immediately recognized him as the man who had robbed the bank on July 20, 2007. This employee was present during the July 20, 2007 robbery. The robber continued to walk out of the bank. The employee then began following the robber on to Market Street. The robber walked west on Market Street and crossed over to the south side of Market Street at Third Street. The robber continued to walk west on Market Street. The employee borrowed a citizen's cell phone and tried to call 911. The call did not go through so the employee called the branch

and told them where she was and that the robber had taken off his sweatshirt and was wearing an orange shirt. The employee continued to follow the robber. When the robber was in front of Bloomingdales, the SFPD showed up, and the employee pointed the robber out to them. The robber was taken into custody. SFPD found $3,076 in cash on him.. SFPD identified the man taken into custody as Maher Walid Khatib.

12. An audit conducted immediately after the robbery determined the bank suffered a loss of $3,076. No bait bills were taken. The deposits of Citibank, 590 Market Street, San Francisco, California are insured by the FDIC.

13. During the course of the robbery, digital surveillance cameras captured the robber. I have viewed these images and have seen Khatib and I believe that Khatib is the person depicted in the surveillance video robbing the bank.

14. Following his arrest, Khatib was taken to the Hall of Justice, 850 Bryant Street, San Francisco, California to be interviewed. Prior to interviewing Khatib, Khatib was advised of his rights. Khatib said he wanted to "stay silent." No interview of Khatib was conducted.

15. A criminal history inquiry was conducted on Khatib. Khatib has a prior federal conviction for bank robbery in 1995. He completed federal supervised release in March 2006 for this conviction.

16. Maher Walid Khatib is a white male, date of birth March 26, 1967, 5'6", 140 pounds, black hair, black eyes, FBI # 532515LA6.

17. Based upon the above information, there is probable cause to believe that Maher Walid Khatib, date of birth March 26, 1967, did commit the robbery of Citibank, 590 Market Street, San Francisco, California on September 17, 2007, in violation of Title 18, United States Code, Section 2113 (a) - Unarmed bank robbery.

*[signature]*
BRIAN J. GUY, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 17 DAY OF SEPTEMBER 2007

*[signature]*
Elizabeth D. Laporte
United States Magistrate