# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

**CR 07 0619**

UNITED STATES OF AMERICA

V.

MAHER WALID KHATIB

DEFENDANT.

---

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this 27TH day of September, 2007

_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*(FILED 07 SEP 27 PM 12:52 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)*

### OFFENSE CHARGED
18 USC sec. 2113(a)-Unarmed Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000.00 fine; 3 years supervised release; $100.00 special assessment; deportation

**DEFENDANT - U.S.**
► MAHER WALID KHATIB

**DISTRICT COURT NUMBER**
CR 07 0619 WHA

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ► 3 07 70549 EDL

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Allison Marston Danner

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   8/19/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,        ) No.
                                      )
14 |     Plaintiff,                   ) VIOLATION: 18 U.S.C. § 2113(a)– Bank
                                      ) Robbery
15 | v.                               )
                                      )
16 |                                  ) SAN FRANCISCO VENUE
   | MAHER WALID KHATIB,              )
17 |                                  )
   |     Defendant.                   )
18 |_____)

19                    INDICTMENT

20 The Grand Jury charges:

21

22    On or about September 17, 2007, in the Northern District of California, the defendant,

23                     MAHER WALID KHATIB,

24 did knowingly and by force and violence, or intimidation, take from the persons and presence of

25 employees of Citibank, 590 Market Street, San Francisco, California, approximately $3,076 in

26 United States currency belonging to and in the care, custody, control, management and

27 possession of said Bank, the deposits of which were then insured by the Federal Deposit

28 ///

INDICTMENT

1  Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2

3

4  DATED: 9-27-07                          A TRUE BILL.

5                                          _____
6                                          FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney
8

9

10 GREGG W. LOWDER
   Deputy Chief, Major Crimes Section
11

12 (Approved as to form: _____)
                          AUSA Danner
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                2