SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR 07-0619 WHA |
|                   ) | |
|     Plaintiff,       ) | STIPULATION AND [PROPOSED] |
|                   ) | ORDER EXCLUDING TIME FROM |
|     v.              ) | SPEEDY TRIAL ACT CALCULATION |
|                   ) | (18 U.S.C. § 3161(h)(8)(A)) |
| MAHER WALID KHATIB,      ) | |
|                   ) | |
|     Defendant.     ) | |
| _____ ) | |

    With the agreement of the parties in open court, and with the consent of defendant Maher

Walid Khatib, the Court enters this order documenting exclusion of time from October 9, 2007

through October 14, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).  The parties agree,

and the Court finds and holds, as follows:

    1.    Defendant was indicted on September 27, 2007, and he was arraigned on the

indictment on September 28, 2007.  Defendant made his initial appearance before this Court on

October 2, 2007.  Discovery was provided by the government to the defendant on October 2,

2007.

    2.    At the appearance on October 2, 2007, the parties requested a status conference

for the date of October 23, 2007 in order to allow defendant to review discovery that has recently

STA Stipulation
CR 07-0619 WHA

1  been provided by the government.  Defense counsel will be out of town for six days during the

2  period between October 2, 2007 and October 23, 2007.

3       3.     Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to

4  grant the requested continuance would unreasonably deny defendant continuity of counsel and

5  reasonable time necessary for effective preparation, taking into account the exercise of due

6  diligence, in this case   The Court found that the ends of justice served by excluding the six-day

7  period from October 9, 2007 through October 14, 2007 from Speedy Trial Act calculations

8  outweigh the best interest of the public and the defendant in a speedy trial.18 U.S.C. §

9  3161(h)(8)(A) & (B)(iv).

10      4.     Accordingly, and with the consent of the defendant at the appearance on October

11  2, 2007, the Court ordered that the period from October 9, 2007 through October 14, 2007 be

12  excluded from Speedy Trial Act calculations.  *Id.*

13      IT IS SO STIPULATED.

14

15  DATED: October 3, 2007          _____/s/_____
16                                  RONALD C. TYLER
                                    Attorney for Defendant

17

18  DATED: October 3, 2007          _____/s/_____
19                                  ALLISON MARSTON DANNER
                                    Assistant United States Attorney

20

21      IT IS SO ORDERED.

22

23  DATED: _____           _____
24                                  WILLIAM ALSUP
                                    United States District Judge

25

26

27

28

STA Stipulation
CR 07-0619 WHA                      2