**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 2, 2007

Case No.:  CR 07-0619 WHA

Title:  UNITED STATES -v- MAHER WALID KHATIB (custody)

Appearances:
    For the Government:  Allison Danner

    For the Defendant(s):  Ron Tyler

Interpreter: n/a                      Probation Officer: n/a

Deputy Clerk: Dawn Toland          Court Reporter:  Deb Pas

**PROCEEDINGS**

1)   Trial Setting - HELD

2)  

Case continued to  **10/23/07 at 2:00 pm**  for Motion/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Time is excluded for 6 days between now and 10/23/07 for continuity of counsel due to defense counsel's unavailability.