SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0619 WHA |
| )  Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION |
| v. ) | (18 U.S.C. § 3161(h)(8)(A)) |
| MAHER WALID KHATIB, ) | |
| )  Defendant. ) | |

      With the agreement of the parties in open court, and with the consent of defendant Maher Walid Khatib, the Court enters this order documenting exclusion of time from October 9, 2007 through October 14, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

      1.      Defendant was indicted on September 27, 2007, and he was arraigned on the indictment on September 28, 2007. Defendant made his initial appearance before this Court on October 2, 2007. Discovery was provided by the government to the defendant on October 2, 2007.

      2.      At the appearance on October 2, 2007, the parties requested a status conference for the date of October 23, 2007 in order to allow defendant to review discovery that has recently

STA Stipulation
CR 07-0619 WHA

been provided by the government. Defense counsel will be out of town for six days during the period between October 2, 2007 and October 23, 2007.

3. Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case   The Court found that the ends of justice served by excluding the six-day period from October 9, 2007 through October 14, 2007 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. Accordingly, and with the consent of the defendant at the appearance on October 2, 2007, the Court ordered that the period from October 9, 2007 through October 14, 2007 be excluded from Speedy Trial Act calculations. *Id.*

IT IS SO STIPULATED.

DATED: October 3, 2007          /s/
                                RONALD C. TYLER
                                Attorney for Defendant

DATED: October 3, 2007          /s/
                                ALLISON MARSTON DANNER
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: __October 9, 2007        _____
                                WILLIAM ALSUP
                                United States District Judge

STA Stipulation
CR 07-0619 WHA                          2