**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 23, 2007

Case No.:  CR 07-00619 WHA

Title:  UNITED STATES -V- MAHER KHATIB (custody)

Appearances:

    For the Government:  Allison Danner

    For the Defendant(s):  Ron Tyler

Deputy Clerk:  Dawn Toland            Court Reporter:  Juanita Gonzalez

**PROCEEDINGS**

1)   Detention Hearing - HELD

2)   

Continued to **10/30/07 at 2:00 pm** for Status

**ORDERED AFTER HEARING:**

Court held an ex parte under seal hearing with defendant.

Defendant shall appear before the Duty Magistrate Judge on 10/30/07 at 9:30am for ID of Counsel.