SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0619 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| MAHER WALID KHATIB, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        With the agreement of the parties in open court, and with the consent of defendant Maher

Walid Khatib, the Court enters this order documenting the exclusion of time from October 23,

2007 through October 30, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties

agree, and the Court finds and holds, as follows:

        1.      Defendant was indicted on September 27, 2007, and he was arraigned on the

indictment on September 28, 2007. Defendant made his initial appearance before this Court on

October 2, 2007. Defendant next appeared before this Court on October 23, 2007 for a status

conference.

        2.      By an order issued on October 9, 2007, this Court excluded six days between

October 2, 2007 and October 23, 2007 from Speedy Trial Act calculations on the grounds that

STA Stipulation
CR 07-0619 WHA

failure to grant the requested continuance would unreasonably deny defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.   18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4.      At the status conference on October 23, 2007, defendant asked that substitute counsel be appointed.  After hearing from defendant and his defense counsel, this Court granted defendant's request.  The Court set the matter for a status conference with defendant's new counsel on October 30, 2007.

5.      At the status conference held on October 23, 2007, this Court concluded that, in light of the appointment of new counsel, it is appropriate to exclude time under the Speedy Trial Act on the grounds of effective preparation of counsel.  The Court found that the ends of justice served by excluding the eight-day period from October 23, 2007 through October 30, 2007 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

6.      Accordingly, and with the consent of the defendant at the appearance on October 23, 2007, the Court ordered that the period from October 23, 2007 through October 30, 2007 be excluded from Speedy Trial Act calculations.  *Id.*

IT IS SO STIPULATED.


DATED: October 24, 2007                    _____/s/_____
                                           RONALD C. TYLER
                                           Attorney for Defendant


DATED: October 23, 2007                    _____/s/_____
                                           ALLISON MARSTON DANNER
                                           Assistant United States Attorney

        IT IS SO ORDERED.


DATED: _ October 29, 2007                  _____
                                           WILLIAM A
                                           United States



STA Stipulation
CR 07-0619 WHA                         2