SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAHER WALID KHATIB,<br><br>    Defendant. | No. CR 07-0619 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties in open court, and with the consent of defendant Maher Walid Khatib, the Court enters this order documenting the exclusion of time from October 30, 2007 through November 27, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

     1.    Defendant was indicted on September 27, 2007, and he was arraigned on the indictment on September 28, 2007. Defendant made his initial appearance before this Court on October 2, 2007. Defendant next appeared before this Court on October 23, 2007 for a status conference.

     2.    At the status conference on October 23, 2007, defendant asked that substitute counsel be appointed. After hearing from defendant and his defense counsel, this Court granted

STA Stipulation
CR 07-0619 WHA

1  defendant's request.  The Court set the matter for a status conference with defendant's new
2  counsel on October 30, 2007.  In addition, the Court ordered time excluded under the Speedy
3  Trial Act Calculations from October 23, 2007 through October 30, 2007.

4       3.    At the status conference held on October 30, 2007, defendant's new counsel stated
5  that she had just received discovery and had not yet had an opportunity to investigate the case or
6  to speak with her client.  The parties requested that another status conference be held on
7  November 27, 2007.  In light of these facts, the Court found that the ends of justice served by
8  excluding the period from October 30, 2007 through November 27, 2007 from Speedy Trial Act
9  calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C.
10  § 3161(h)(8)(A) & B(iv).

11       4.    Accordingly, and with the consent of the defendant at the appearance on October
12  30, 2007, the Court ordered that the period from October 30, 2007 through November 27, 2007
13  be excluded from Speedy Trial Act calculations.  *Id.*

16   IT IS SO STIPULATED.

18  DATED: October 30, 2007                    /s/
                                                 JULIA JAYNE
                                                 Attorney for Defendant

20  DATED: October 30, 2007                    /s/
                                               ALLISON MARSTON DANNER
                                               Assistant United States Attorney

22   IT IS SO ORDERED.

23  DATED: October 31, 2007.
24                                                     WILLIAM ALSUP
                                                     United States District Judge

*IT IS SO ORDERED.* Judge William Alsup

28  STA Stipulation
    CR 07-0619 WHA                                        2