**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 30, 2007

Case No.: CR 07-00619 WHA

Title: UNITED STATES -v- MAHER KHATIB (custody)

Appearances:
    For the Government: Allison Danner

    For the Defendant(s): Julia Jayne

Interpreter: n/a                              Probation Officer: n/a

Deputy Clerk: Dawn Toland              Court Reporter: Sylvia Russo

**PROCEEDINGS**

1) Status - HELD

2) _____

Case continued to **11/27/07 at 2:00 pm** for Trial/Motion Setting

Case continued to ___ for Pretrial Conference

Case continued to ___ for Jury Trial

Time Excluded: **Begins:** 10/30/07        **Ends:** 11/27/07

**ORDERED AFTER HEARING:**

Defense counsel was appointed by the Magistrate Judge this morning and received discovery from the Government. Time is excluded from today until 11/27/07.