IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHER WALID KHATIB,<br><br>Defendant.<br>_____/ | No. CR 07-0619 WHA<br><br>**SCHEDULING ORDER<br>FOR CRIMINAL CASE** |

Pursuant to Local Rule 17.1-1, this order sets a schedule for the case to promote a fair and expeditious trial and pretrial of this case.

1. This case will be tried to a jury commencing at **7:30 A.M. ON TUESDAY, FEBRUARY 19, 2008**. The final pretrial conference will be at **2:00 P.M. ON MONDAY, FEBRUARY 11, 2008**. The remainder of this order sets the schedule leading up to these dates.

2. For the final pretrial conference, please comply with Local Rule 17.1-1. All government exhibits should be identified by trial exhibit number for the case-in-chief in an exhibit list submitted for the conference. All defense exhibits for its case-in-chief should likewise be identified by trial exhibit number in an exhibit list, at least to the extent the exhibits are required to be disclosed under Rule 16(b). All motions *in limine* must be served and filed at

least **FOURTEEN DAYS** before the conference with oppositions and replies filed as per Local Rule 47-2.

**IT IS SO ORDERED.**

Dated: November 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE