**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 27, 2007

Case No.:  CR 07-00619 WHA

Title:  UNITED STATES -v- MAHER KHATIB (custody)

Appearances:
    For the Government:  Allison Danner

    For the Defendant(s): Julia Jayne

Interpreter: n/a                                    Probation Officer: n/a

Deputy Clerk:  Dawn Toland                  Court Reporter:  Juanita Gonzalez

**PROCEEDINGS**

1)   Trial/Motion Setting - HELD

2)   _____

Case continued to __ for Status

Case continued to **2/11/08 at 2:00 pm**  for Pretrial Conference

Case continued to **2/19/08 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Time is excluded from today until 2/19/08.