SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0619 WHA |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|     v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| MAHER WALID KHATIB, ) | (18 U.S.C. § 3161(h)(8)(A)) |
| ) | |
|     Defendant. ) | |

       With the agreement of the parties in open court, and with the consent of defendant Maher Walid Khatib, the Court enters this order documenting the exclusion of time from November 27, 2007 through February 19, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

       1.     Defendant was indicted on September 27, 2007, and he was arraigned on the indictment on September 28, 2007. Defendant made his initial appearance before this Court on October 2, 2007. Defendant next appeared before this Court on October 23, 2007 for a status conference.

       2.     At the status conference on October 23, 2007, defendant asked that substitute counsel be appointed. After hearing from defendant and his defense counsel, this Court granted

STA Stipulation
CR 07-0619 WHA

defendant's request. The Court set the matter for a status conference with defendant's new counsel on October 30, 2007. In addition, the Court ordered time excluded under the Speedy Trial Act Calculations from October 23, 2007 through October 30, 2007.

3. At the status conference held on October 30, 2007, defendant's new counsel stated that she had just received discovery and had not yet had an opportunity to investigate the case or to speak with her client. The parties requested that another status conference be held on November 27, 2007.

4. At the status conference on November 27, 2007, the Court set a trial date of February 19, 2008. In light of the recent change in defense counsel and the need for that counsel to prepare effectively for trial, the Court found that the ends of justice served by excluding the period from November 27, 2007 through February 19, 2008 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & B(iv).

5. Accordingly, and with the consent of the defendant at the appearance on November 27, 2007, the Court ordered that the period from November 27, 2007 through February 19, 2008 be excluded from Speedy Trial Act calculations. *Id.*

IT IS SO STIPULATED.

DATED: November 30, 2007          \s\
                                  JULIA JAYNE
                                  Attorney for Defendant

DATED: November 30, 2007          \s\
                                  ALLISON MARSTON DANNER
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____              _____
                                  WILLIAM ALSUP
                                  United States District Judge

STA Stipulation
CR 07-0619 WHA                    2