SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>MAHER WALID KHATIB,<br>    Defendant. | No. CR 07-0619 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties in open court, and with the consent of defendant Maher Walid Khatib, the Court enters this order documenting the exclusion of time from November 27, 2007 through February 19, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

    1.    Defendant was indicted on September 27, 2007, and he was arraigned on the indictment on September 28, 2007. Defendant made his initial appearance before this Court on October 2, 2007. Defendant next appeared before this Court on October 23, 2007 for a status conference.

    2.    At the status conference on October 23, 2007, defendant asked that substitute counsel be appointed. After hearing from defendant and his defense counsel, this Court granted

STA Stipulation
CR 07-0619 WHA

1  defendant's request.  The Court set the matter for a status conference with defendant's new
2  counsel on October 30, 2007.  In addition, the Court ordered time excluded under the Speedy
3  Trial Act Calculations from October 23, 2007 through October 30, 2007.

4        3.     At the status conference held on October 30, 2007, defendant's new counsel stated
5  that she had just received discovery and had not yet had an opportunity to investigate the case or
6  to speak with her client.  The parties requested that another status conference be held on
7  November 27, 2007.

8        4.     At the status conference on November 27, 2007, the Court set a trial date of
9  February 19, 2008.  In light of the recent change in defense counsel and the need for that counsel
10 to prepare effectively for trial, the Court found that the ends of justice served by excluding the
11 period from November 27, 2007 through February 19, 2008 from Speedy Trial Act calculations
12 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §
13 3161(h)(8)(A) & B(iv).

14       5.     Accordingly, and with the consent of the defendant at the appearance on
15 November 27, 2007, the Court ordered that the period from November 27, 2007 through
16 February 19, 2008 be excluded from Speedy Trial Act calculations.  *Id.*

19 IT IS SO STIPULATED.

20
21 DATED: November 30, 2007          \s\
                                       JULIA JAYNE
22                                        Attorney for Defendant

23 DATED: November 30, 2007          \s\
24                                        ALLISON MARSTON DANNER
                                       Assistant United States Attorney
25      IT IS SO ORDERED.

26
   DATED:  November 30, 2007.
27                                        WILLIAM ALSUP
                                       United States District Judge
28
   STA Stipulation
   CR 07-0619 WHA                         2

*(Signature of Judge William Alsup with "IT IS SO ORDERED" court seal)*