IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHER WALID KHATIB,<br><br>Defendant.<br>_____ / | No. CR 07-00619 WHA<br><br>**ORDER RE FARETTA WAIVER, VACATING TRIAL DATE, MOVING DEFENDANT TO DUBLIN, APPOINTING MAGISTRATE JUDGE, AND EXCLUDING TIME** |

Having had two excellent appointed lawyers, one after the other, defendant requests that he be allowed to represent himself. On January 23, 2008, the Court conducted a *Faretta* hearing and covered the points in *United States v. Erskine*, 355 F.3d 1161 (9th Cir. 2004). For the reasons stated on the record at the hearing, the Court finds that defendant's request was timely, not for the purposes of delay, unequivocal, and knowing and intelligent. The Court finds that defendant understood (i) the nature of the charges against him, (ii) the possible penalties, and (iii) the "dangers and disadvantages of self-representation."

As a result and at defendant's request, the original trial date has been vacated and continued to March 17, 2008. The pretrial conference has been continued to March 10, 2008. A status conference shall be held on February 5, 2008. The marshals are ordered to move defendant to Dublin to provide him access to the law library there. A magistrate judge is hereby appointed for purposes of plea negotiations. Pleadings shall henceforth be served by mail. Time shall be excluded between today and March 17, 2008, to allow defendant sufficient time to prepare for trial and/or to engage in plea negotiations with the government, the Court finding

that the need for the continuance outweighs the need of the public and the defendant for a speedy trial.

**IT IS SO ORDERED.**

Dated: January 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE