UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

**Judge:** WILLIAM ALSUP

**Date**: January 23, 2008

**Case No:** CR 07-00619 WHA

**Case Title**: UNITED STATES v. MAHER KHATIB (present, in custody)

**Appearances:**

    For the Government: Allison Danner

    For Defendant(s): Julia Jayne

**Interpreter:**                                    **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa            **Court Reporter**: Lydia Zinn

### PROCEEDINGS

1. Faretta Hearing - held

### SUMMARY

- The Court grants defendant's request to represent himself. The defendant waives his right to counsel. Current counsel is excused from this case.
- The Court orders the defendant be transferred to the facility in Dublin to avail of its library.
- A revised PSR with criminal history shall be prepared by the Probation Office. The AUSA shall prepare the proposed order making the referral and instructing the probation officer to appear in court on 02/05/08 at 2:00 PM.
- This Court will make a referral to a magistrate judge to facilitate possible settlement.
- The current trial and pretrial dates are vacated. The new pretrial date is 03/10/08 at 2:00 PM; jury trial shall commence on 03/17/08 at 7:30 AM.
- Time is excluded under the speedy trial act until 03/17/08.
- This matter is continued to **Tuesday, 02/05/08 at 2:00 PM for Status**.