UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0619 WHA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER OF REFERRAL TO |
| v. | ) | UNITED STATES PROBATION FOR THE |
| | ) | COMPLETION OF A MODIFIED |
| MAHER KHATIB, | ) | PRESENTENCE REPORT |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is hereby REFERRED to the United States Probation Office for the Northern District of California for the completion of a Modified Presentence Report within 30 days of the date of this order. This matter is currently scheduled for a status appearance before this Court on Tuesday, February 5, 2008 at 2 p.m. This Court requests the appearance of a member of the Probation Office at this status appearance.

DATED: _____          _____
                                       HONORABLE WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE

ORDER OF REFERRAL FOR MODIFIED PRESENTENCE REPORT
CR 07-0619 WHA