UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>         Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>MAHER KHATIB,   )<br>   )<br>         Defendant.   )<br>_____ ) | No. CR 07-0619 WHA<br><br>[PROPOSED] ORDER OF REFERRAL TO UNITED STATES PROBATION FOR THE COMPLETION OF A MODIFIED PRESENTENCE REPORT |

**ORDER**

This matter is hereby REFERRED to the United States Probation Office for the Northern District of California for the completion of a Modified Presentence Report within 30 days of the date of this order. This matter is currently scheduled for a status appearance before this Court on Tuesday, February 5, 2008 at 2 p.m. This Court requests the appearance of a member of the Probation Office at this status appearance.

DATED: __January 24, 2008.____

IT IS SO ORDERED
Judge William Alsup

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORDER OF REFERRAL FOR MODIFIED PRESENTENCE REPORT
CR 07-0619 WHA