UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 22, 2008

Case No.:  CR 07-0619 WHA

Title:  UNITED STATES -v- MAHER KHATIB (custody)

Appearances:
    For the Government:   Alison Danner

    For the Defendant(s):   Julia Jayne

Interpreter: n/a                               Probation Officer: n/a

Deputy Clerk:  Dawn Toland              Court Reporter:  Kelly Bryce

**PROCEEDINGS**

1)   Status - HELD

2)   

Case continued to **1/23/08 at 8:00am**   for Faretta Hearing

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendant advised the Court and his attorney that he would like to represent himself.  Court set the matter for a Faretta Hearing.