UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0619 WHA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER VACATING |
| v. | ) | REFERRAL TO UNITED STATES |
| | ) | PROBATION FOR THE COMPLETION |
| MAHER KHATIB, | ) | OF A MODIFIED PRESENTENCE |
| | ) | REPORT AND ORDERING |
| Defendant. | ) | PREPARATION OF FULL |
| | ) | PRESENTENCE REPORT |

**ORDER**

Due to the defendant's entry of a plea of guilty on February 5, 2008, this Court's prior order of January 24, 2008 requesting the completion of a Modified Presentence Report within thirty days is hereby VACATED. The United States Probation Office for the Northern District of California is ordered to complete a full Presentence Report by the date of defendant's sentencing in this matter, which will occur on May 6, 2008.

DATED: _____

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

VACATING REFERRAL FOR MODIFIED PRESENTENCE REPORT
AND ORDERING FULL PRESENTENCE REPORT
CR 07-0619 WHA