UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MAHER KHATIB,<br><br>    Defendant. | No. CR 07-0619 WHA<br><br>[PROPOSED] ORDER VACATING APPOINTMENT OF MAGISTRATE JUDGE |

**ORDER**

Due to the defendant's entry of a plea of guilty on February 5, 2008, this Court's prior order of January 23, 2008 appointing a magistrate judge for purposes of plea negotiations is hereby VACATED.

DATED: _____

                                                          WILLIAM ALSUP<br>                                                          UNITED STATES DISTRICT JUDGE