UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAHER KHATIB,<br><br>    Defendant. | No. CR 07-0619 WHA<br><br>[PROPOSED] ORDER VACATING REFERRAL TO UNITED STATES PROBATION FOR THE COMPLETION OF A MODIFIED PRESENTENCE REPORT AND ORDERING PREPARATION OF FULL PRESENTENCE REPORT |

**ORDER**

Due to the defendant's entry of a plea of guilty on February 5, 2008, this Court's prior order of January 24, 2008 requesting the completion of a Modified Presentence Report within thirty days is hereby VACATED. The United States Probation Office for the Northern District of California is ordered to complete a full Presentence Report by the date of defendant's sentencing in this matter, which will occur on May 6, 2008.

DATED: February 6, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

VACATING REFERRAL FOR MODIFIED PRESENTENCE REPORT
AND ORDERING FULL PRESENTENCE REPORT
CR 07-0619 WHA