UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

MAHER W. KHATIB,

        Defendant.

Case Number: CR07-00619 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maher Walid Khatib  
FCI Dublin  
5701 8th Street Camp Parks  
Dublin, CA 94568

Dated: February 6, 2008

                                Richard W. Wieking, Clerk  
                                By: Dawn Toland, Deputy Clerk