UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0619 WHA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER VACATING APPOINTMENT OF MAGISTRATE JUDGE |
| MAHER KHATIB, | |
| Defendant. | |

**ORDER**

Due to the defendant's entry of a plea of guilty on February 5, 2008, this Court's prior order of January 23, 2008 appointing a magistrate judge for purposes of plea negotiations is hereby VACATED.

DATED: February 6, 2008.



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

VACATING REFERRAL TO MAGISTRATE JUDGE
CR 07-0619 WHA