UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 5, 2008

Case No.: CR 07-0619 WHA

Title: UNITED STATES -v- MAHER KHATIB (custody)

Appearances:
 For the Government: Allison Danner

 For the Defendant(s): Pro Se

Interpreter: n/a                Probation Officer: Joshua Sparks

Deputy Clerk: Dawn Toland        Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Change of Plea - HELD

2) _____

Case continued to **5/6/08 at 2:00pm** for Sentencing

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendant was given time to read the Plea Agreement before signing it. Defendant entered a guilty plea to Count One of the Indictment.

Probation referral form for a presentence report given to the probation officer. Government shall submit proposed orders to withdrawal the referrals to a Magistrate Judge and to Probation for a modified report.

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA