① 

FILED
~~RECEIVED~~
APR - 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

CR07-619 WHA

1 - 2008

To honorable Judge ALSUP;-
This is a breif summary of work & education history.

Worked as a cashier and waiter in resturaunts, Also worked in a Gas station as a cashier and, manager, also worked as a truck driver for charity groups such as Big Bro's - Big Sis's. Also did yard work with forklift and other equipment for Goodwill in S.F. Also sold cars in dealerships before, was succesfull a long time ago, hope to be succesfull again if chose to pursue such a career.

There are over 70 credit hours college at metro state. Auraria College campus in Colorado.

When released from prison originally, didn't have the necessary means to survive and make it out there. After suffering what was thought one of the most brutal winters in Colorado, after considerable thought decided to relocate. Came out to S.F at the end of June-07 to try to start a new life.

Your Honor :- this won't God's will turn into a sob story, surly their are plenty of them, that isn't the intentions here. Simply said, San Fransisco was a new life, not an extention of a Bank Robbery career. It's a beautifull city, full of opportunity.

Perhaps with Adequate funds and more

②

Planning, sucsess would be acheivable. Truth scuid can't say comming to San Fransisco was a failure. The minimum wage at the time prior to getting picked-up was over $9.00 an hr, and now perhaps even more. Opportunity exists. Stability is much needed.

It is with this in mind that the following requests are respectfully being made of your court room honorable Judge ALSUP.

① To remain with-in 300 miles from San Fransisco while incarcerated (court ordered).

② To be given as much halfway house time as possible at cornell house in S.F. (court ordered).

Your Honor :-
looking forward to making this time count. Looking back it's easy to see where failure was brought on, and God's Will, what can be done to make it better.

P.S:- Personal thanks to you honorable Judge ALSUP for your paitence, and the shuffling of Lawyers while attending your court room.

sincerly,
MAHER KHATIB
4-1-2008