UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 6, 2008

Case No.: CR 07-0619 WHA

Title: UNITED STATES -v- MAHER KHATIB (custody)

Appearances:
 For the Government: Allison Danner

 For the Defendant(s): Pro Per

Interpreter: n/a    Probation Officer: Joshua Sparks

Deputy Clerk: Dawn Toland    Court Reporter: Kathy Powell

**PROCEEDINGS**

1) Sentencing - HELD

2) _____

Case continued to __ for Change of Plea

**ORDERED AFTER HEARING:**

Defendant confirmed that he wants to continue to represent himself.

JUDGMENT: Defendant is committed to the BOP for 46 months and placed on s/r for 3 years with special conditions: 1) pay $100 special assessment (see judgment for other conditions.) No fine is imposed.

Court recommends the defendant be release to a Residential Reentry Center in the Northern District of California after he is released from the BOP.